# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2693
LT Case No. 16-2021-CF-009169-A

_____

STEPHEN GILMORE NAVARRO,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Stephen Gilmore Navarro, Graceville, pro se.

No Appearance for Appellee.

July 7, 2026

PER CURIAM.

　　AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____